No. 8,040.—STATE ex Rel. CUNARD WHITE STAR LIMITED, Relator, *v.* DISTRICT COURT et al., Respondents.

618

Decided January 2, 1940.

PER CURIAM.—Pursuant to praecipe of dismissal filed by counsel for relator the above application is ordered dismissed.

*Messrs. Weir, Clift & Bennett,* for Relator.